IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PETER CLARK, | No. C 10-4481 RS |
| Plaintiff, | |
| v. | **ORDER GRANTING LEAVE TO E-FILE** |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, et al., | |
| Defendants. | |

Plaintiff's request for leave to register for e-filing in this action is granted. Plaintiff may register for ECF at the following website: https://ecf.cand.uscourts.gov/cand/newreg/index.html. Plaintiff must also register on PACER to view documents and the docket sheet: www.pacer.gov. Plaintiff must comply with the Federal Rules of Civil Procedure and all general orders and local rules pertaining to electronic filing including General Order 45 which requires in part that parties must provide the judge's chambers with a paper copy of each document that is filed electronically, marked "Chambers Copy." By registering, plaintiff accepts responsibility for all technical requirements and computer-related tasks associated with participation in the ECF program.

1   After registering on ECF and PACER, plaintiff must file a notice of ECF registration that
2 plaintiff has made available an electronic mail address for service of papers electronically filed on
3 the docket.  Upon filing of such notice, the court will designate this action for the ECF program.
4   This exemption may be revoked at the discretion of the court at any time.  The clerk of the
5 court shall send a copy of this order to the PACER Service Center.

7 IT IS SO ORDERED.

9 Dated: 10/8/10

                      RICHARD SEEBORG
                      UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

Peter C. Clark
1674 A Pleasant Hill Rd.
Pleasant Hill, CA 94523

DATED:

/s/ Chambers Staff
Chambers of Judge Richard Seeborg