*E-Filed 1/11/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER CLARK, | No. C 10-04481 RS |
| Plaintiff, | |
| v. | **ORDER** |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, | |
| Defendant. | |

On October 7, 2010, this Court granted plaintiff's motion to proceed in forma pauperis. To insure that proper service of plaintiff's amended complaint is made, plaintiff is ordered to submit to this Court the address of defendant Deutsche Bank National Trust Company within thirty days of this Order's issuance.

Accordingly, the Case Management Conference scheduled for January 13, 2011 at 10:00 a.m. shall be continued to **April 14, 2011 at 10:00 a.m.** and will take place in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: 1/11/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE