**\*\*E-filed 3/14/11\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

PETER CLARK,

        Plaintiff,

  v.

DEUTSCHE BANK NATIONAL TRUST COMPANY, et al.,

        Defendants.

No. C 10-4481 RS

**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED**

On October 7, 2010, this Court granted plaintiff's motion to proceed *in forma pauperis*. On October 12, 2010, the Clerk issued a request to plaintiff that he provide service addresses so that his complaint could be served by the United States Marshal, pursuant to the order granting him *in forma pauperis* status. Plaintiff did not respond to that notice, but did file an amended complaint eliminating one defendant.

In light of the fact that complaint and summons had not been served, on January 11, 2011, the Court continued the then-scheduled Case Management Conference, and ordered plaintiff to provide the address of defendant Deutsche Bank National Trust Company within thirty days. Plaintiff has failed to respond to that order. Accordingly, on **April 14, 2011 at 1:30 p.m.**, in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco, plaintiff shall appear and show cause why this action should not be dismissed for lack of

prosecution.  The Case Management Conference presently set for 10:00 a.m. on that same day is hereby vacated.

IT IS SO ORDERED.

Dated: 3/14/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

Peter C. Clark
1674 A Pleasant Hill Rd.
Pleasant Hill, CA 94523

DATED: 3/14/11

/s/ Chambers Staff
Chambers of Judge Richard Seeborg