**\*\*E-filed 3/23/11\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PETER CLARK,<br><br>　　　　Plaintiff,<br>　v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, et al.,<br><br>　　　　Defendants.<br>_____/ | No. C 10-4481 RS<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE AND CONTINUING CASE MANAGEMENT CONFERENCE** |

　　　Good cause appearing, the order to show cause filed herein on March 14, 2011 is discharged, and the hearing thereon set for April 14, 2011 is vacated. A Case Management Conference shall be held on June 2, 2011, at 10:00 a.m. in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco.

IT IS SO ORDERED.

Dated: 3/23/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE