*E-Filed 5/25/11*

NICHOLAS B. WARANOFF (BAR NO. 060155)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA  94111-4074
Phone:  (415) 837-1515
Fax:  (415) 837-1516
E-Mail:  nwaranoff@allenmatkins.com

Attorneys for Defendant
DEUTSCHE BANK NATIONAL TRUST COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER CLARK,<br><br>           Plaintiff,<br><br>    vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>           Defendant. | Case No. CV 10-04481 RS<br><br>[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

Based upon the stipulation of the parties, and good cause appearing,

IT IS ORDERED that the case management conference be continued to  8/11/11  at 10 a.m. in Courtroom on the 17th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco.

Dated:   5/24/11

_____
Richard Seeborg
United States District Judge

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

811477.01/SF

Case No.  CV 10-04481 RS
STIPULATION AND ORDER TO CONTINUE CMC